```
WALTER EDWARD HOLDER, JR        LENDMARK FINANCIAL SER
105 UPTON DR                    2118 USHER ST.
HATTIESBURG, MS 39402           COVINGTON, GA 30014



THOMAS C. ROLLINS, JR.          REGIONAL FINANCE
THE ROLLINS LAW FIRM, PLLC      979 BATESVILLE RD
P.O. BOX 13767                  GREER, SC 29651
JACKSON, MS 39236



AFFIRM, INC.                    REPUBLIC FINANCE
ATTN: BANKRUPTCY                6414 HWY 98 W
650 CALIFORNIA ST               SUITE 30
 FL 12                          HATTIESBURG, MS 39402
SAN FRANCISCO, CA 94108


AMERICAN HONDA FINANCE          ROCKET MORTGAGE
ATTN: BANKRUPTCY                ATTN: BANKRUPTCY
PO BOX 168008                   1050 WOODWARD AVENUE
IRVING, TX 75016                DETROIT, MI 48226



CITIBANK                        SYNCHRONY BANK
CITICORP CR SRVS                ATTN: BANKRUPTCY
PO BOX 790046                   PO BOX 965060
ST LOUIS, MO 63179              ORLANDO, FL 32896



CREDIT COLLECTION SERV          TOWER LOAN
ATTN: BANKRUPTCY                ATTN: BANKRUPTCY
725 CANTON ST                   PO BOX 320001
NORWOOD, MA 02062               FLOWOOD, MS 39232



GM FINANCIAL                    WELLS FARGO
801 CHERRY STREET               ATTN: BANKRUPTCY
STE. 3600                       PO BOX 10438
FORT WORTH, TX 76102            DES MOINES, IA 50306



HANCOCK WHITNEY
POB 4019
GULFPORT, MS 39502



HEIGHTS FINANCE HOLD
ATTN: BANKRUPTCY
PO BOX1947
GREENVILLE, SC 29601
```