AmeriCredit Financial Services, Inc. dba GM Financial
P. O. Box 183853
Arlington, TX 76096
(877) 203-5538

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| In re: | Bky. No. 25-51188-KMS-13 |
| Walter Edward Holder, Jr | Chapter 13 |
| Debtor(s) | |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**

Comes now, AmeriCredit Financial Services, Inc. dba GM Financial, a creditor in the above-captioned case, and files this Withdrawal of Proof of Claim for the claim filed in the above-styled and numbered case on September 24, 2025

Respectfully submitted,

/s/ Mandy Youngblood

AmeriCredit Financial Services, Inc. dba GM Financial
P. O. Box 183853
Arlington, TX 76096
(877) 203-5538

## CERTIFICATE OF SERVICE

I hereby certify that on this 10/16/2025, a true and correct copy of the Notice of Withdrawal of Proof of Claim was electronically served using CM/ECF system, namely David Rawlings, and Thomas Carl Rollins, Jr.

Further, I certify that on 10/16/2025, copies of the Notice of Withdrawal of Proof of Claim were forwarded via U.S. Mail, first class, postage prepaid and properly addressed to the following at the addresses shown below:

/s/ Mandy Youngblood

Walter Edward Holder, Jr
105 Upton Dr
Hattiesburg, MS 39402

Thomas Carl Rollins, Jr
PO BOX 13767
Jackson, MS 39236

David Rawlings
David Rawlings, Ch 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403

US Trustee