UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

In re:                                                      Bankr. Case No. 25-51188-KMS-13

Walter Edward Holder, Jr                                        Chapter 13

        Debtor(s)

**REQUEST FOR NOTICE**

Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

       AmeriCredit Financial Services, Inc. dba GM Financial
       PO Box 183853
       Arlington, TX  76096

By  /s/  Mandy Youngblood

       Mandy Youngblood
       PO Box 183853
       Arlington, TX  76096
       877-203-5538
       877-259-6417
       Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

In re:      Bankr. Case No. 25-51188-KMS-13

Walter Edward Holder, Jr      Chapter 13

    Debtor(s)

**Certificate of Service**

This Request for Notice was sent via first class mail to, or served electronically on, the following individuals on September 13, 2025 :

| | |
|---|---|
| Thomas Carl Rollins, Jr<br>PO BOX 13767<br>Jackson, MS 39236 | David Rawlings<br>David Rawlings, Ch 13 Trustee<br>P.O. Box 566<br>Hattiesburg, MS 39403 |

By /s/ Mandy Youngblood
    Mandy Youngblood

xxxxx25265 / 1118123