# Proceeding Minutes / Proceeding Memo

**Case #:** 25-51188     **Case Name:** Walter Edward Holder, Jr

**Set:** 11/18/2025 01:30 pm     **Chapter:** 13     **Type:** bk     **Judge** Katharine M. Samson

**matter** Confirmation Hearing

Objection to Confirmation filed by the Trustee (Dkt. #16) - ORDER WITHDRAWING TO BE SUBMITTED BY WILSON; EMAIL RECEIVED FROM WILSON

Minute Entry Re: (related document(s): [10] Confirmation Hearing) Wilson to submit an Order withdrawing the Objection filed by the Trustee [16]. Order due by 12/02/2025. Confirmation hearing removed. (mcc)