United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 25-51188-KMS
Walter Edward Holder, Jr     Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 3
Date Rcvd: Nov 21, 2025     Form ID: n031     Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Walter Edward Holder, Jr, 105 Upton Dr, Hattiesburg, MS 39402-3625 |
| 5546507 | + | Hancock Whitney Bank, P.O. Box 4001, Loss Mitt 2nd Fl, Gulfport, MS 39502-4001 |
| 5546511 | | Republic Finance, 6414 Hwy 98 W, Suite 30, Hattiesburg, MS 39402 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5546503 | | Email/Text: ebnbankruptcy@ahm.honda.com | Nov 21 2025 19:31:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168008, Irving, TX 75016 |
| 5556019 | | Email/Text: ebnbankruptcy@ahm.honda.com | Nov 21 2025 19:31:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 5579378 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 21 2025 19:31:00 | AmeriCredit Financial Services, Inc., dba GM Financial, PO Box 183853, Arlington, TX 76096 |
| 5546502 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Nov 21 2025 19:33:36 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5567399 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 21 2025 19:31:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 5546504 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 21 2025 19:33:36 | Citibank, Citicorp Cr Srvs, Po Box 790046, St Louis, MO 63179-0046 |
| 5546505 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 21 2025 19:31:00 | Credit Collection Serv, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5548896 | + | Email/Text: bankruptcy@curo.com | Nov 21 2025 19:31:00 | First Heritage, 101 N Main St. Ste 600, Greenville, South Carolina 29601-4846 |
| 5579238 | + | Email/Text: bankruptcy@towerloan.com | Nov 21 2025 19:31:00 | First Tower Loan, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5546506 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 21 2025 19:31:00 | Gm Financial, 801 Cherry Street, Ste. 3600, Fort Worth, TX 76102-6855 |
| 5546508 | + | Email/Text: bankruptcy@curo.com | Nov 21 2025 19:31:00 | Heights Finance Hold, Attn: Bankruptcy, Po Box1947, Greenville, SC 29602-1947 |
| 5546509 | | Email/Text: bk@lendmarkfinancial.com | Nov 21 2025 19:31:00 | Lendmark Financial Services, LLC, 2118 Usher Street, Covington, GA 30014 |
| 5548237 | + | Email/Text: bankruptcy@regionalmanagement.com | Nov 21 2025 19:31:00 | REGIONAL MANAGEMENT CORPORATION, 979 BATESVILLE ROAD STE B, GREER SC 29651-6819 |
| 5548821 | | Email/Text: bankruptcy@republicfinance.com | Nov 21 2025 19:31:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5546510 | + | Email/Text: bankruptcy@regionalmanagement.com | Nov 21 2025 19:31:00 | Regional Finance, 979 Batesville Rd, Greer, SC |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 21, 2025 | Form ID: n031 | Total Noticed: 26 |

| | | | | |
|---|---|---|---|---|
| 5577920 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 21 2025 19:33:32 | 29651-6819<br>Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5546512 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Nov 21 2025 19:31:00 | Rocket Mortgage, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 5567012 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Nov 21 2025 19:31:00 | Rocket Mortgage, LLC fka Quicken Loans, LLC, Bankruptcy Team, 635 Woodward Ave., Detroit MI 48226-3408 |
| 5546513 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 21 2025 19:33:35 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5546514 | | Email/Text: bankruptcy@towerloan.com | Nov 21 2025 19:31:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5574100 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 21 2025 19:33:32 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5546515 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Nov 21 2025 19:33:35 | Wells Fargo, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306 |
| 5574163 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Nov 21 2025 19:33:39 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | ROCKET MORTGAGE, LLC FKA QUICKEN LOANS, LLC |
| cr | | Rocket Mortgage, LLC, fka Quicken Loans, LLC |
| cr | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 23, 2025      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Karen A. Maxcy | on behalf of Creditor ROCKET MORTGAGE  LLC FKA QUICKEN LOANS, LLC karen.maxcy@mccalla.com, BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com |

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Nov 21, 2025 | Form ID: n031 | Total Noticed: 26 |

Samuel J. Duncan
    on behalf of Trustee David Rawlings sduncan@rawlings13.net

Thomas Carl Rollins, Jr
    on behalf of Debtor Walter Edward Holder Jr trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−51188−KMS
**Chapter:** 13

**In re:**

Walter Edward Holder Jr
aka Walter E. Holder Jr., aka Walter E. Holder
105 Upton Dr
Hattiesburg, MS 39402

Notice of Entry of Order Confirming Plan

The Court entered an Order on November 21, 2025 (Dkt. # 30 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

| Jackson Office: | Gulfport Office: |
|---|---|
| Clerk, U.S. Bankruptcy Court<br>Southern District of Mississippi<br>Thad Cochran U.S. Courthouse<br>501 East Court Street, Suite 2.300<br>Jackson, MS 39201<br>601−608−4600 | Clerk, U.S. Bankruptcy Court<br>Southern District of Mississippi<br>Dan M. Russell, Jr. U.S. Courthouse<br>2012 15th Street, Suite 244<br>Gulfport, MS 39501<br>228−563−1790 |

Dated: November 21, 2025                Danny L. Miller, Clerk of Court